THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS RICHARDSON.—

Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER MAZZELLA.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

In the Matter of JAMES E. SMITH v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al.—

Concur — Botein, P. J., Valente, Stevens and Eager, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for Addition to Lincoln Square Urban Renewal Project. LINCOLN ARCADE, INC.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

PAUL T. LOVE et al. v. CITY OF NEW YORK et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

(Republished.)

PAUL T. LOVE et al., as Taxpayers of the City of New York, Appellants, v. CITY OF NEW YORK et al., Respondents.—

No opinion. The order of this court, entered on October 3, 1961 (ante, p. 731), is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

(Republished.)

In the Matter of NIALL F. O'DOHERTY, an Attorney.—

Concur — Breitel, J. P., Stevens, Eager and Steuer, JJ.; McNally, J., dissents as follows: I dissent for the reasons stated in the dissenting opinion (14 A D 2d 4, 11). (See, also, *Matter of Searing*, 13 A D 2d 406.) The order of this court, entered on October 24, 1961 (ante, p. 762), is vacated.

## SECOND DEPARTMENT, OCTOBER, 1961

### (October 2, 1961)

PETER AVERSANO, as Guardian ad Litem of JOAN AVERSANO, an Infant, Respondent, v. VICTOR FUMUSO, Appellant, et al., Defendants.—

Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.